PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Ruben Stouth                       Cr.: 02CR00311
                                                                                      PACTS #: 31047

Name of Sentencing Judicial Officer: The Honorable Joseph A Greenaway, Jr.

Date of Original Sentence: 08/18/05

Original Offense: Conspiracy to Distribute Cocaine, in violation of Title 21: U.S.C. Section 846

Original Sentence: 70 months imprisonment followed by 5 years supervised release with special conditions for DNA and drug testing /treatment.

Type of Supervision: Supervised Release              Date Supervision Commenced: 11/09/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender was arrested on May 28, 2009 by the New Brunswick Police and charged with Loitering with the Intent to Purchase Marijuana. The arresting officer advised that the offender was observed in a parked car in an area know for drug transactions with another, person, later learned to be Steve Gomez. The officer advised he observed the offender and Gomez exchanging large amounts of US currency. The officer then approached the car and saw a stack of US currency in between the offender and Gomez. The officer stated he identified himself and the offender stated he wasn't doing anything wrong he was just there to smoke some weed. The offender and Gomez and the vehicle were searched but no drugs were found. New Brunswick Police indicate the offender had $800 in his possession broken down in a number of pockets, and there was $775 in the car and Gomez had approximately $1,000 on his person. Gomez was charged with Intent to Distribute Marijuana. The offender was released on his own recognizance and the charge of Loitering is pending in New Brunswick Municipal Court. There is no new Court date listed. |

U.S. Probation Officer Action:
The offender reported this arrest and contact with law enforcement within the required time frame. The offender vehemently denied any illicit activity and claims Steve Gomez was not in the car with him and he was just in the area at a local bodega buying bottled water for a little league team he volunteers to coach. The offender claimed he was arrested as he left the store and held in custody for several hours without any explanation. (Continued next page)

PROB 12A - Page 2
Ruben Stouth

The offender claims he is taking this case to trial. The offender has been placed on an intensive weekly reporting schedule and we will monitor this case and the offender for any other issues of noncompliance and will report anything that occurs to the Court. We are recommending no action at this time and will notify the Court once there is a dispositon of this new charge.

Respectfully submitted,

By: Steven Alfrey
U.S. Probation Officer
Date: 6/1/09

*A response is necessary so that any action can be taken as follows:*

[✓] No Further Action
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

6-18-09
Date